

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JACYSZYN and NANCY JACYSZYN,<br>　　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:CV-01-941<br>: (Judge Kane) |
| JAMES YOUNG and CAROLYN YOUNG,<br>　　　　Defendants | :<br>:<br>: |
| v. | : |
| JAMES BLANEY,<br>　　　　Additional Defendant | : |

FILED
HARRISBURG

JUL - 3 2002

MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

**O R D E R**

**AND NOW**, this ____3rd____ day of ____July____, 2002, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　United States District Judge